IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED CONTAINER SYSTEMS,    *
(Deutschland) GmbH, et al.,

       *   Civil Action No. AMD 02 CV 3348

    Plaintiffs, 

       *

v.

       *

CORAL CONTAINER LINES,

       *

    Defendants and Garnishees, et al.,

       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF DEFAULT AGAINST CORAL CONTAINER LINES

Upon reading and considering plaintiffs' Motion and Memorandum for Entry of Default against defendant Coral Container Lines, this Court pursuant to Fed. R. Civ. P. 55 GRANTS the motion and ENTERS DEFAULT against the defendant Coral Container Lines.

SO ORDERED January 15, 2003.

_____
Andre M. Davis
United States District Judge