IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED CONTAINER SYSTEMS (Deutschland) GmbH, | * | |
| and | * | Civil Action No. AMD 02 CV 3348 |
| CARU, bv | * | |
| Plaintiffs, | * | **NOTICE OF DISMISSAL OF CERTAIN MARITIME GARNISHMENTS (NOT INCLUDING HAPAG-LLOYD)** |
| v. | * | |
| CORAL CONTAINER LINES, | * | |
| Defendant, | * | |
| and | * | |
| China Ocean Shipping Corporation (d/b/a COSCO), CMA CGM (d/b/a "The French Line"), Columbus Line, Inc., Evergreen Marine Corporation, Geologistics Americas, Inc., Hamburg Süed, Hapag Lloyd AG, (d/b/a Hapag-Lloyd Container Line), Mitsui OSK Lines (d/b/a MOL), United Arab Shipping Corporation (d/b/a U.A.S.C.), Zim-American Israeli Shipping Co., Ltd. (d/b/a ZIM Line), | * | |
| Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \*

Plaintiffs pursuant to Fed. R. Civ. P 41 hereby note dismissal of their maritime garnishments of China Ocean Shipping Corporation (d/b/a COSCO), CMA CGM (d/b/a "The French Line"), Columbus Line, Inc., Evergreen Marine Corporation, Geologistics Americas,

Inc.,Hamburg Süed, Mitsui OSK Lines (d/b/a MOL), United Arab Shipping Corporation (d/b/a U.A.S.C.), and Zim-American Israeli Shipping Co., Ltd. (d/b/a ZIM Line).

Please note that the case continues against Coral Container Lines, and is <u>not</u> dismissed, and that garnishment of Hapag-Lloyd also continues and is <u>not</u> dismissed.

Dated: January 16, 2003.

Respectfully Submitted,

J. Stephen Simms (#4269)
W. Charles Bailey, Jr. (#23580)
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201
Telephone: 410-783-5795
Telecopier: 410-783-1368

UCS and CARU Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2003 I caused the foregoing to be served on each counsel of record or party appearing in this action, as follows:

Anne E Mickey, Esq.
Sher and Blackwell
1850 M St NW Ste 900
Washington, DC 20036

Counsel for Garnishees Columbus Line, Inc., Hamburg Sued, Hapag-Lloyd AG, and Zim-American Israeli Shipping Co., Ltd.