IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED CONTAINER SYSTEMS (Deutschland) GmbH, | * | |
| and | * | Civil Action No. AMD 02 CV 3348 |
| CARU, bv | * | |
| Plaintiffs, | * | **NOTICE OF DISMISSAL OF CERTAIN MARITIME GARNISHMENTS (NOT INCLUDING CARU GARNISHMENT OF HAPAG-LLOYD)** |
| v. | * | |
| CORAL CONTAINER LINES, | * | |
| Defendant, | * | |
| and | * | |
| Hapag Lloyd AG, (d/b/a Hapag-Lloyd Container Line) | * | |
| Garnishee. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Plaintiff United Container Services (Deutschland) GmbH, pursuant to Fed. R. Civ. P 41, hereby notes dismissal of its maritime garnishment of Hapag Lloyd AG (d/b/a Hapag-Lloyd Container Line).

Please note that the case continues against Coral Container Lines, and is <u>not</u> dismissed; please note also that the garnishment of Hapag Lloyd AG (d/b/a Hapag-Lloyd Container Line) by plaintiff CARU, bv. also continues and is <u>not</u> dismissed.

[Continued on Next Page]

Dated: February 24, 2003.

                                                                                        Respectfully Submitted,

"APPROVED" THIS 25th
DAY OF Feb., 2003

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

                                            J. Stephen Simms (#4269)
                                            W. Charles Bailey, Jr. (#23580)
                                            Simms Showers LLP
                                            Suite 702
                                            20 South Charles Street
                                            Baltimore, Maryland 21201
                                            Telephone: 410-783-5795
                                            Telecopier: 410-783-1368

                                            UCS and CARU Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2003 I caused the foregoing to be served on each counsel of record or party appearing in this action, as follows:

Anne E Mickey, Esq.
Sher and Blackwell
1850 M St NW Ste 900
Washington, DC 20036

Counsel for Garnishee Hapag-Lloyd AG
(by facsimile to 202-463-4950)

_____