IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED CONTAINER        *
SYSTEMS (DEUTSCHLAND)
 GMBH,        *
       Plaintiff                  Civil Action No.: AMD 02-3348
       *

       vs.
       *

CORAL CONTAINER LINES,
et al.,        ******
       Defendants

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

This Court having not heard from the parties in more than one year, it is presumed that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any.  Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

Date: July 28, 2004                  _____/s/_____
                                    Andre M. Davis
                                    United States District Judge